**FILED**
April 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>v.                            )<br>                              )<br>JULIA SAECHAO,                )<br>                              )<br>        Defendant.            ) | Case No. 2:10MJ00109-GGH-6<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIA SAECHAO , Case No.  2:10MJ00109-GGH-6 , Charge  21USC § 841 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)        Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 21, 2010  at  2:32 pm  .

                                        By   /s/ Gregory G. Hollows
                                             Gregory G. Hollows
                                             United States Magistrate Judge

Copy 5 - Court